UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN DELMONICO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROB BONTA,<br><br>　　　　　　Respondent. | Case No. 21-cv-02009-HSG<br><br>**ORDER OF DISMISSAL** |

Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a 2018 misdemeanor conviction from Palo Alto Superior Court.[1] On March 31, 2021, the Court dismissed the petition with leave to amend because the ineffective assistance of counsel claim was insufficiently pled. ECF No. 3. The Court informed Petitioner that the failure to timely file an amended petition would result in the dismissal of this action for failure to prosecute under Fed. R. Civ. P. 41(b). *Id.* The deadline to file an amended petition has passed, and Plaintiff has not filed an amended petition or otherwise communicated with the Court. Accordingly, this petition is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with the Court's March 31, 2021 order. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 5/19/2021

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Clerk of the Court is directed to substitute Rob Bonta, the California Attorney General, in place of the previously named respondent because Attorney General Bonta is Petitioner's current custodian. *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir.), *as amended* (May 8, 1996).