UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN DELMONICO,

    Petitioner,

v.

ROB BONTA,

    Respondent.

Case No. 21-cv-02009-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: 5/19/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge