UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN DELMONICO,<br><br>Petitioner,<br><br>v.<br><br>ROB BONTA,<br><br>Respondent. | Case No. 21-cv-02009-HSG<br><br>**ORDER VACATING DISMISSAL AND JUDGMENT; REOPENING ACTION; DENYING AS MOOT REQUEST TO REINSTATE ORDER OF DISMISSAL WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 8 |

On May 19, 2021, the Court dismissed this action without prejudice for failure to file an amended petition as required by the Court's March 31, 2021 Order, and entered judgment in favor of Respondent.[1]  Dkt. Nos. 4, 5.  On May 24, 2021, Petitioner filed an amended petition.  Dkt. No. 6.  In light of this filing, the Clerk is directed to VACATE the May 9, 2021 Order of Dismissal and related judgment, and REOPEN this action.  Petitioner's request to reinstate the March 31, 2021 Order, Dkt. No. 8, is DENIED as moot.  The Court construes this as a request to reopen the case, which the Court has already ordered. The Court will screen the amended petition in a separate order.

This order terminates Dkt. No. 8.

**IT IS SO ORDERED.**

Dated: 6/10/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Clerk of the Court is directed to substitute Rob Bonta, the California Attorney General, in place of the previously named respondent because Attorney General Bonta is Petitioner's current custodian.  *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir.), *as amended* (May 8, 1996).