UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN DELMONICO,

    Petitioner,

v.

ROB BONTA,

    Respondent.

Case No. 21-cv-02009-HSG

**ORDER VACATING DEADLINE FOR FILING TRAVERSE**

Petitioner has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2018 state court misdemeanor conviction from Santa Clara County Superior Court. On February 25, 2025, the Court dismissed Claim Nos. 2-10 and 12 as procedurally defaulted. Dkt. No. 42. Petitioner has filed a motion for reconsideration of the Court's February 25, 2025 Order. Dkt. No. 43. In accordance with the Court's scheduling order, Respondent has filed an answer showing cause why a writ of habeas corpus should not be granted based on the two remaining cognizable claims. Dkt. Nos. 44, 45. In light of the pending motion for reconsideration, the Court VACATES Petitioner's deadline for filing a traverse. The Court will set a deadline for the traverse in the order addressing the motion for reconsideration.

**IT IS SO ORDERED.**

Dated: 5/12/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge