UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN DELMONICO,

          Petitioner,

   v.

ROB BONTA,

          Respondent.

Case No. 21-cv-02009-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 48

Good cause being shown, Petitioner's request for an extension of time to file his traverse is GRANTED. Dkt. No. 48. Petitioner shall file his traverse by August 15, 2025. The petition will be deemed submitted as of that date.

This order terminates Dkt. No. 48.

**IT IS SO ORDERED.**

Dated:   7/10/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge